UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Derek Ryan Fox,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-00669-APG-EJY<br><br>**Order Granting the Respondents'**<br>**Motion to Extend**<br><br>[ECF No. 30] |

The respondents seek an extension of time to file their response to the amended petition. ECF No. 30.  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed first motion to extend (ECF No. 30) is granted.  The respondents have 60 days following an order on Fox's motion for leave to file second amended petition to file their response.

DATED this 12th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE