UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Derek Ryan Fox,<br><br>                    Petitioner,<br>v.<br><br>Calvin Johnson, et al.,<br><br>                    Respondents. | Case No. 2:22-cv-0669-APG-EJY<br><br>**Scheduling Order in Response to Status Report**<br><br>(ECF No. 36) |

In this habeas matter, Petitioner Derek Ryan Fox filed a Status Report (ECF No. 36) stating he will file a Second-Amended Petition for Writ of Habeas Corpus within 60 days and requesting a scheduling order. ECF No. 36 at 2–3.

I THEREFORE ORDER that Petitioner Derek Ryan Fox has 60 days from entry of this Order within which to file a Second-Amended Petition for Writ of Habeas Corpus. In all other respects, the schedule of deadlines set forth in my order (ECF No. 12) dated August 22, 2022, remains in effect.

Dated: March 5, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE