**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Derek Ryan Fox,<br><br>     Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>     Respondents | Case No.: 2:22-cv-00669-APG-EJY<br><br>**Order Granting Fox's<br>Motion to Extend**<br><br>[ECF No. 38] |

Petitioner Derek Ryan Fox seeks an extension of time to file his second amended petition. ECF No. 38. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Fox's unopposed first motion to extend (ECF No. 38) is granted. Fox has until May 19, 2025, to file his second amended petition.

DATED this 19th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE