# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Derek Ryan Fox, | Case No.: 2:22-cv-00669-APG-EJY |
| Petitioner | **Order Granting Fox's Motion to Extend and the Respondents' Motion to Extend** |
| v. | |
| Calvin Johnson, *et al.*, | [ECF Nos. 47, 48] |
| Respondents | |

Petitioner Derek Ryan Fox seeks an extension of time to file his reply in support of his motion to stay. ECF No. 47.  In addition, the respondents seek an extension of time to file their answer to Fox's amended petition. ECF No. 48.  I find that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

I THEREFORE ORDER that Fox's unopposed first motion to extend (ECF No. 47) is granted.  Fox has until August 13, 2025, to file his reply.

I further order that the respondents' unopposed first motion to extend (ECF No. 48) is granted.  The respondents have until September 16, 2025, to file their answer.

DATED this 24th  day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE