# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Derek Ryan Fox,

    Petitioner

v.

Calvin Johnson, *et al.*,

    Respondents

Case No.: 2:22-cv-00669-APG-EJY

**Order Granting Fox's
Motion to Extend**

[ECF No. 50]

Petitioner Derek Ryan Fox seeks an extension of time to file his reply in support of his motion to stay. ECF No. 50. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Fox's unopposed first motion to extend (ECF No. 50) is granted. Fox has until August 27, 2025, to file his reply.

DATED this 25th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE